**Douglas G. Houser**, OSB #600384
E-Mail: doug.houser@bullivant.com
**Matthew E. Hedberg**, OSB #081958
E-Mail: matt.hedberg@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| OREGON SHAKESPEARE FESTIVAL ASSOCIATION, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio for-profit corporation,<br><br>Defendant. | Civil No.: 1:15-cv-01932-CL<br><br>**ORDER VACATING ORDER ON MOTIONS FOR SUMMARY JUDGMENT** |

  Based on a joint stipulated request from the parties, the Court hereby vacates its

/ / /

/ / /

/ / /

/ / /

/ / /

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
503.228.6351
FAX: 503.295.0915

**ORDER VACATING ORDER ON MOTIONS FOR**
**SUMMARY JUDGMENT**
**Page 1**

interlocutory Order on the parties' Motions for Summary Judgment (Dkt #33) issued on June 7, 2016.

DATED this 6 day of March, 2017

_____
MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

| BULLIVANT HOUSER BAILEY PC | PARSONS FARNELL & GREIN, LLP |
|---|---|
| By  s/ Douglas G. Houser | By  s/ Michael E. Farnell (with permission) |
| Douglas G. Houser, OSB #600384 | Michael E. Farnell, OSB #922996 |
| Matthew E. Hedberg, OSB #081958 | Telephone: 503.222.1812 |
| Telephone: 503.228.6351 | Attorneys for Plaintiff |
| Attorneys for Defendant | |

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
503.228.6351
FAX: 503.295.0915

ORDER VACATING ORDER ON MOTIONS FOR
SUMMARY JUDGMENT
Page 2